USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2019

# RAN DANIEL, ESQ.

November 12, 2019

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007-1312

    Re: Girotto v. The Picnic Basket, Inc., et al.
    Case No.: 1:19-cv-06467-AT

Dear Judge Torres:

  The undersigned represents the Defendant, The Picnic Basket, Inc. in the above-captioned matter.

  The Initial Pre-Trial Conference in this matter is currently scheduled for November 14, 2019, at 3:00 p.m., in Your Honor's Courtroom. I hereby ask to adjourn the above Initial Pre-Trial Conference. I also ask to reschedule the Initial Pre-Trial Conference for November 18, 2019 or any other date as the court deems necessary. The plaintiff's attorney raised no objection for this letter motion. This is my first request and the reason for my request is that I was recently retained and I had further family obligations at the same date which I cannot cancel.

  Thank you for your attention to this matter.

         Sincerely,

         By: /S/ Ran Daniel, Esq.
         Ran Daniel, Esq.
         Attorney for Defendant
         10420 Queens Blvd., Suite 15J
         Queens, New York 11375
         Telephone: (212) 982-0269
         Email: randaniel2003@yahoo.com

GRANTED. The initial pretrial conference scheduled for November 14, 2019 is ADJOURNED to **November 19, 2019**, at **11:20 a.m.**

SO ORDERED.

Dated: November 13, 2019
   New York, New York

_____
ANALISA TORRES
United States District Judge